PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Daniel P. Roberts</u>  Case Number: <u>3:10-00227</u>

Name of Current Judicial Officer: <u>Honorable Todd J. Campbell, U.S. District Judge</u>

Name of Sentencing Judicial Officer: <u>Honorable John T. Copenhaver, Jr., U.S. District Judge, SDWV</u>

Original Sentence: <u>August 25, 2009</u>

Original Offense: <u>18 U.S.C. § 2423(b) Interstate Travel with Intent to Have Sex with a Minor</u>

Original Sentence: <u>5 months' custody and 15 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>February 12, 2010</u>

Assistant U.S. Attorney: <u>To be determined</u>  Defense Attorney: <u>Glenn R. Funk</u>

---

THE COURT ORDERS:
☒ No Action at this time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant
☐ Submit a Request for Summons
☐ Other _____

Considered this <u>12</u> day of <u>April</u>, 2013,
and made a part of the records in the above case.

_____
Todd J. Campbell
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Donna Jackson
U.S. Probation Officer

Place  <u>Nashville, Tennessee</u>

Date  <u>April 11, 2013</u>

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1. **The defendant shall not commit another federal, state, or local crime.**

   Mr. Roberts admitted he purchased an alcoholic beverage for his 20-year old girlfriend at a restaurant. He advised it was his girlfriend's birthday and she ordered the beverage without his knowledge and when the bill came she did not have any money to pay.

2. **The defendant shall not be associate with any persons engaged in criminal activity.**

   Mr. Roberts reported that he had been with friends on a couple of occasions when marijuana was being used. He reported that he would leave and go outside when he saw what they were doing.

3. **The defendant shall follow the instructions of the probation officer.**

   Mr. Roberts was dating a young lady who attends Belmont University. He was instructed to contact Belmont Campus Security to make sure he was permitted to be on their campus. He did contact security and was told he could be on campus but he had to check in every time he was present. This officer instructed Mr. Roberts to not be on the campus unless he followed their rules. In January of this year, Mr. Roberts and his girlfriend were no longer in a relationship and Mr. Roberts went onto the Belmont campus to look for her. He did not report in as directed. Assistant Chief Mike Pruitt with Belmont Campus Security has advised the offender has been banned from the campus.

**Compliance with Supervision Conditions and Prior Interventions:**

Other than the violation behavior listed above, the offender has been otherwise compliant with all standard and special conditions of supervision. Mr. Roberts was called into the U.S. Probation Office on April 4, 2013, and issued a verbal reprimand for violating the conditions of his supervised release. Mr. Roberts was given instruction to remain off the premises of Belmont University.

**U.S. Probation Officer Recommendation:**

It is respectfully requested that no action be taken by the Court at this time, however, should there be further violations requiring Court action, it is requested that these matters be heard at that time.

The United States Attorney's office has been consulted and concurs with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer